**EXHIBIT C**

200912090266
Electronically Recorded
Pierce County, WA
Julie Anderson, Pierce County Auditor
12/09/2009 12:07 PM
Pages: 1    Fee: $ 14.00

After Recording Return to:
Northwest Trustee Services, Inc.
Attention: Heather L. Smith
P.O. Box 997
Bellevue, WA 98009-0997

7023.09102/KLINGER JR, STEVEN L. and KLINGER, SHEILA J.

## Assignment of Deed of Trust

For Value Received, the undersigned as Beneficiary, hereby grants, conveys, assigns and transfers to Wells Fargo Bank, NA, whose address is 3476 Stateview Blvd., MAC # X7801-013, Fort Mill, SC 29715, all beneficial interest under that certain deed of trust, dated 04/28/08, executed by Steven L. Klinger, Jr and Sheila J. Klinger, husband and wife, Grantors, to Lawyers Title and Escrow, Trustee, and recorded on 04/30/08, under Auditor's File No. 200804301157, Records of Pierce County, Washington.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: December 8, 2009

Mortgage Electronic Registration Systems, Inc.

Title:   Vice President

STATE OF WASHINGTON              )
                                 ) ss.
COUNTY OF KING                   )

I certify that I know or have satisfactory evidence that Jeff Stenman is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the Vice President of Mortgage Electronic Registration Systems, Inc. to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: December 8, 2009

ALINA EMEN
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
09-22-12

NOTARY PUBLIC in and for the State of Washington
Residing at Bellevue
My commission expires 9/22/2012

34

EXHIBIT NO. C
1 OF 1