**EXHIBIT D**

# Notice of Default

To:
STEVEN L. KLINGER JR
8503 163rd Street Court East
Puyallup, WA  98375

SHEILA J. KLINGER
8503 163rd Street Court East
Puyallup, WA  98375

Regarding the real property "Property" located at:

**Property Address:**
8503 163rd Street Court East
Puyallup, WA  98375

**If you are the owner of this property and you occupy it as your residence, you should take care to protect your interest in your home. This notice of default (your failure to pay or otherwise perform) is the first step in a process that could result in you losing your home. You should carefully review your options. For example:**

**Can you pay and stop the foreclosure process?
Do you dispute the failure to pay?
Can you sell your property to preserve your equity?
Are you able to refinance this loan or obligation with a new loan or obligation from another lender with payments, terms, and fees that are more affordable?
Do you qualify for any government or private homeowner assistance programs?
Do you know if filing for bankruptcy is an option? What are the pros and cons of doing so?**

Do not ignore this notice; because if you do nothing, you could lose your home at a foreclosure sale. (No foreclosure sale can be held any sooner than ninety days after a notice of sale is issued and a notice of sale cannot be issued until thirty days after this notice.) Also, if you do nothing to pay what you owe, be careful of people who claim they can help you. There are many individuals and businesses that watch for the notices of sale in order to unfairly profit as a result of borrowers' distress.

You may feel you need help understanding what to do. There are a number of professional resources available, including home loan counselors and attorneys, who may assist you. Many legal services are lower-cost or even free, depending on your ability to pay. If you desire legal help in understanding your options or handling this default, you may obtain a referral (at no charge) by contacting the county bar association in the county where your home is located. These legal referral services also provide information about lower-cost or free legal services for those who qualify. You may contact the Department of Financial Institutions or the statewide civil legal aid hotline for possible assistance or referrals.

A) **Property description:**

  Lot 12, Upland Meadows, according to the Plat recorded in Volume 60 of Plats at Page(s) 50 and 51, Records of Pierce County, Washington. Situate in the County of Pierce, State of Washington.

B) **Deed of Trust information:** Pierce County Auditor's File No.: 200804301157; Recording Date: 04/30/08

C) **Declaration of payment default:** The beneficiary declares you in default for failing to make payments as required by your note and deed of trust.

36

D) **Itemized account of the arrears:**



EXHIBIT NO. P
1 OF 3

| | |
|---|---:|
| Delinquent monthly payments beginning with the 08/01/09 installment. | $9,440.00 |
| Late charges: | $302.08 |
| Lender's Fees and Costs | $248.81 |
| Trustee's fees | $217.50 |
| Costs | |
|     Title report (estimate) | $995.36 |
|     Recording | $0.00 |
|     Certified mail | $14.00 |
|     Posting | $70.00 |
|     Sale Costs | $0.00 |
| **Total arrears and costs due today** | **$11,287.75** |

**E) Itemized account of all other specific charges, costs or fees that grantor or borrower is or may be obliged to pay to reinstate the deed of trust before the recording of the notice of sale.**

| | |
|---|---:|
| Additional monthly payment | $1,888.00 |
| Additional late charge | $75.52 |

**F) <u>Amount required to cure payment defaults before notice of sale recorded</u>: $13,251.27**
In addition, grantor or borrower must timely cure all other defaults before the note and deed of trust are deemed reinstated.

*Payments and late charges continue to accrue and additional advances may be made. <u>The sums stated above are estimates only.</u> Before attempting to reinstate the loan, call us at 425-586-1900 to learn the exact amounts of monetary defaults and actions required to cure possible other defaults.*

**G) Effect of failure to cure:** Failure to cure all alleged defaults within 30 days of mailing/personal service of this notice may lead to recordation, transmittal and publication of a notice of sale and the Property may be sold at public auction no less than 120 days from the date of this notice.

**H) Effect of recording, transmitting and publication of the notice of sale:** The effect of the recordation, transmittal and publication of the notice of sale will be to (i) increase the costs and fees and (ii) publicize the default and advertise the Property for sale.

**I) Effect of sale of the Property:** The Trustee's sale of the Property will deprive the borrower, grantor and any successor in interest of all their interest in the Property.

**J) Recourse to courts:** The borrower, grantor, any guarantor or any successor in interest has recourse to the courts pursuant to RCW 61.24.130 to contest the default(s) on any proper ground.

**K) Contact Information for Beneficiary (Note Owner) and Loan Servicer.**

The beneficiary of the deed of trust is **Wells Fargo Bank, NA**, whose address and telephone number are:

3476 Stateview Blvd.
MAC # X7801-013
Fort Mill, SC 29715
800-416-1472

The loan servicer for this loan is Wells Fargo Bank, N.A., whose address and telephone number are:

37


EXHIBIT NO. D
2 OF 3

MAC #X7801-014
3476 Stateview Boulevard
Fort Mill, SC 29715
800-416-1472

**L) Notice pursuant to the Federal Fair Debt Collection Practices Act:** If you are the consumer who originally contracted the debt or if you assumed the debt, then you are notified that:

1. As of the date of this notice you owe $249,241.09. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check. For further information, write to the address provided in Section 5 below or call us at 425-586-1900.
2. The creditor to whom the debt is owed Wells Fargo Bank, NA/Wells Fargo Bank, N.A..
3. Unless within 30 days after receipt of this notice you dispute the debt or any portion of it, we will assume the debt to be valid.
4. If you notify us in writing within 30 days after receipt of this notice that you dispute the debt or any part of it, we will request that the creditor obtain verification of the debt and mail it to you.
5. If you request in writing within 30 days after receipt of this notice, we will request that the creditor provide you with the name and address of the original creditor, if different from the current creditor.
6. Written requests should be addressed to Northwest Trustee Services, Inc., Post Office Box 997, Bellevue, WA 98009-0997.

**Dated: December 8, 2009**              Wells Fargo Bank, NA
                                          By Northwest Trustee Services, Inc., its duly authorized agent


**This is an attempt to collect a debt and any information obtained will be used for that purpose.**


**NORTHWEST TRUSTEE SERVICES, INC.**
**P.O. BOX 997**                          File No: 7023.09102
**BELLEVUE, WA 98009-0997**               Borrower: KLINGER JR, STEVEN L. and KLINGER, SHEILA J.
                                          Client: Wells Fargo Home Mortgage

**HEATHER L. SMITH**
**425-586-1900**
**FAX 425-586-1997**



EXHIBIT NO. D
3 OF 3