**EXHIBIT E**

## Declaration of Mailing

The undersigned makes the following declaration:

1.   I am now, and at all times herein mentioned was, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years and not the beneficiary or its successor in interest named in the attached Notice of Default.

2.   That on 12-9-09, I deposited in the mails of the United States of America a copy of the attached NOTICE OF DEFAULT, securely sealed in an envelope with the requisite postage thereon, to be transmitted by first class and certified mail, return receipt requested, to each of the following grantors or successors in interest at their respective addresses set forth below:

### NAME AND ADDRESS

SHEILA J. KLINGER
8503 163rd Street Court East
Puyallup, WA 98375

STEVEN L. KLINGER JR
8503 163rd Street Court East
Puyallup, WA 98375

3.   Each of the notices was mailed at least 30 days before the original Notice of Trustee's Sale was recorded, transmitted and posted or served, and at least 120 days before the day fixed in said Notice of Trustee's Sale by the trustee for the trustee's sale.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

*[signature]*

FILE NO.   7023.09102/KLINGER JR, STEVEN L. and KLINGER, SHEILA J.
           Heather L. Smith


D471492