**EXHIBIT F**

## FEI, LLC

### Declaration of Posting - Notice of Default

I, Jeff Kemps, declare under penalty of perjury under the laws of the State of Washington that:

- On Tuesday, December 8, 2009, at 02:56 pm, I personally went to the real property located at 8503 163rd Street Court East, Puyallup, WA 98375 in Pierce County and posted a true copy of a Notice of Default (in its entirety) and the Loss Mitigation Declaration if applicable in a conspicuous place on that property.

- A true copy of the Notice of Default I posted appears below.

- Immediately after posting, I recorded the following photographs of the property. True copies of those photographs appear below.

  

 

Signed in King County, Washington   1002.139893   Signature: [signed]
On ___12/10/09___


0476709

42

EXHIBIT NO. E
1 OF 1