**EXHIBIT G**

After Recording Return to:
Heather L. Smith
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997

```
200912090267
Electronically Recorded
Pierce County, WA
Julie Anderson, Pierce County Auditor
12/09/2009 12:07 PM
Pages: 1     Fee: $ 14.00
```

## Appointment of Successor Trustee

File No. 7023.09102

Steven L. Klinger, Jr and Sheila J. Klinger, husband and wife is/are the grantor(s), Lawyers Title and Escrow is the trustee and Mortgage Electronic Registration Systems, Inc. solely as nominee for Pierce Commercial Bank is the beneficiary under that certain deed of trust dated 04/28/08 and recorded on 04/30/08 under Pierce County, Washington Auditor's File No. 200804301157.

The present beneficiary under said deed of trust appoints Northwest Trustee Services, Inc., a Washington corporation, whose address is P.O. Box 997, Bellevue, WA 98009-0997, as successor trustee under the deed of trust with all powers of the original trustee.

The undersigned present beneficiary warrants and represents that, as of the date this Appointment of Successor Trustee has been executed and acknowledged, it is the owner and holder of the obligation secured by the subject deed of trust and is not holding the same as security for a different obligation.

**Wells Fargo Bank, NA, By Jeff Stenman as Attorney in Fact by Power of Attorney recorded 6/13/06 under Auditor's File No. 200606130870**

STATE OF WASHINGTON   )
                      )ss
COUNTY OF KING        )

I certify that I know or have satisfactory evidence that Jeff Stenman is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the Attorney In Fact of Wells Fargo Bank, NA to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: December 8, 2009

ALINA EMEN
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
09-22-12

Notary Public in and for the State of Washington
Residing at Bellevue
My appointment expires 9/22/2012

NORTHWEST TRUSTEE SERVICES, INC.
P.O. BOX 997
BELLEVUE, WA 98009-0997
425-586-1900     FAX 425-586-1997

Client: Wells Fargo Home Mortgage
Borrower: KLINGER JR, STEVEN L. and KLINGER, SHEILA J.

SERVING WASHINGTON, OREGON, IDAHO & ALASKA

44

EXHIBIT NO. 6
1 OF 1