**EXHIBIT H**

45

```
200912150165          15   PGS
12/15/2009  10:57:32 AM   $76.00
PIERCE COUNTY, WASHINGTON
```

7003.09102

After recording, return to:

STEVEN LESLIE KLINGER JR.
8503 163rd St Ct E
Puyallup, WA 98375
TEL: 253-223-3934

DATE: 12/15/09

Loan # ████████████

APN #9181000120
Legal Description: See Attached Exhibit A

_Above Space for Recorder's Use Only_

## CONSTRUCTIVE LEGAL NOTICE OF
## LAWFUL DEBT VALIDATION DEMAND

Real Estate Settlement Procedures Act (RESPA) 12 U.S.C. § 2605(e);
Regulation X at 24 C.F.R. § 3500 et seq.
Truth-In-Lending-Act (TILA) § 1604(e), 15 U.S.C. §§ 1601 et seq. (1968) and 1692 et seq.
Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692c

TO:  PIERCE COMMERCIAL BANK              "MERS"
     PO BOX 110488                       PO BOX 2026
     TACOMA, WA 98411                    FLINT, MI 48501-2026
     USPS Certified Mail # 7009 2820 0003 8920 8783   USPS Certified Mail # 7009 2829 0003 8920 8769

     WELLS FARGO HOME MORTGAGE / Servicer   NORTHWEST TRUSTEE SERVICES, INC
     PO BOX 14411                        P.O. BOX 997
     DES MOINES, IA 50306-3411           BELLEVUE, WA 98009-0997
     USPS Certified Mail # 7009 2820 0003 8920 8776   USPS Certified Mail # 7009 2829 0003 8920 8752

You are now in receipt of this NOTICE under the authority of the Truth-In-Lending-Act (TILA) § 1604(e), 15
U.S.C. §§ 1601 et seq. (1968) and 1692 et seq., and the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C.
§1692c, and the Real Estate Settlement Procedures Act (RESPA) 12 U.S.C. § 2605(e) and Regulation X at 24 C.F.R.
§ 3500 regarding loan number 801788 / 208490854. I dispute the alleged mortgage debt in it's entirely for being
inaccurate and firmly believe that I have had fraud in the factum committed against me for lack of full disclosure by
the alleged Lender.

STATE OF WASHINGTON, County of Pierce
ss:  I, Julie Anderson, of the above
entitled county, do hereby certify that this
forgoing instrument is a true and correct copy
of the original now on file in my office.
IN WITNESS WHEREOF, I hereunto set my
hand and the Seal of Said County.

By: _____ Deputy
Date: _____12/15/09_____

_SEAL — AUDITOR PIERCE COUNTY WASHINGTON_

Page 1 of 15

EXHIBIT NO. H
1 OF 1