**EXHIBIT N**


**NORTHWEST**
Trustee Services Inc.

Jeff Stenman
Foreclosure Manager
Direct: (425) 586-1903
jstenman@northwesttrustee.com

June 23, 2010

Mr. Steven L. Klinger, Jr.
Mrs. Sheila J. Klinger
8503 163rd Street Court East
Puyallup, WA 98375

    *Re:*   *Wells Fargo Bank, N.A./Loan No: 0208490854*
           *Property address: 8503 163rd Street Court East, Puyallup, WA 98375*
           *Our File No: 7023.09102*

Dear Mr. and Mrs. Klinger:

    This letter responds to your correspondence dated June 19, 2010. It is unclear from your comment in the form-letter about having "never heard of Northwest Trustee Services, Inc." whether you are confused about the foreclosure process, or attempting to stall the same through your repeated letters. On December 15, 2009, January 25, 2010, and April 24, 2010, you were plainly aware of our office and wrote directly to us, therefore indicating the latter possibility.

    We have previously validated the debt in accordance with 15 U.S.C. §1692. According to counsel, there is no requirement in the FDCPA or Washington Deed of Trust Act for providing you with a sworn statement. Moreover, your comments about "recalled consumer products," a "tax write off scheme," or "insurance claim," are unrelated to a non-judicial foreclosure.

    Currently, the above-listed property is scheduled for sale on August 6, 2010. Your continued attempts to delay this process through the same demands will be unsuccessful, as no further reply will be made for the same information already given. A more constructive approach would entail contacting the loss mitigation department at Wells Fargo Bank, N.A., 800-416-1472, to discuss your options.

    If you have other questions, please feel free to contact me. Thank you.

                              Sincerely,

                              NORTHWEST TRUSTEE SERVICES, INC.

                              By: _____
                                    Jeff Stenman
                                    Foreclosure Manager

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

124      3535 Factoria Blvd. SE, Suite 200 | PO Box 997 | Bellevue, WA 98006 | 425.586.1900 phone | 425.586.1997 fax   EXHIBIT NO. N
                                                                                                        1 OF 1