The Honorable Robert J. Bryan

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STEVEN L. KLINGER, JR., and SHEILA J. KLINGER, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC., <br><br> Defendants. | No. 3:10-cv-05546-RJB <br><br> **PROPOSED ORDER GRANTING DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS** |

THIS MATTER having come before the undersigned judge on Defendant Northwest Trustee Services, Inc.'s ("NWTS") Motion to Dismiss, and the Court having reviewed the materials submitted, and the Court determining that Plaintiffs have failed to state a claim upon which relief can be granted as to the Defendant NWTS, IT IS HEREBY ORDERED that this action commenced by Plaintiffs as to NWTS is hereby dismissed, in entirety, with prejudice.

DATED: this _____ day of _____, 2010.

_____
The Honorable Robert J. Bryan

128

ORDER OF DISMISSAL AS
TO NWTS – PAGE 1 of 2
CASE NO. 2:10-cv-01340-TSZ

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Presented by:

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Heidi E. Buck
 Lance E. Olsen, WSBA No. 25130
 Heidi E. Buck, WSBA No. 41769
 Attorneys for Defendant Northwest Trustee Services, Inc.,

129

ORDER OF DISMISSAL AS
TO NWTS – PAGE 2 of 2
CASE NO. 2:10-cv-01340-TSZ

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131