The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN L. KLINGER, JR., and SHEILA J. KLINGER,<br><br>                    Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.,<br><br>                    Defendants. | No. 10-05546-RJB<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on September 9, 2010, I caused a copy of **Defendant Northwest Trustee Services, Inc.'s Motion To Dismiss For Failure to State a Claim Upon Which Relief Can Be Granted; and the [Proposed] Order Granting Defendant Northwest Trustee Services, Inc.'s Motion to Dismiss;** to be served to the following in the manner noted below:

DECLARATION OF SERVICE –
PAGE 1 OF 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | |
|---|---|
| Steven L. Klinger<br>Sheila J. Klinger<br>8503 163rd St. Court East<br>Puyallup, WA 98375<br><br>*Pro Se* Plaintiffs | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 9th day of September, 2010.

/s/ Kristine Stephan
Kristine Stephan, Paralegal

131

DECLARATION OF SERVICE –
PAGE 2 OF 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131