1  Steven L Klinger Jr. & Sheila J  Klinger
2  8503 163rd St Court East
3  Puyallup WA 98375

4  ## UNITED STATES DISTRICT COURT

5  ## WESTERN DISTRICT OF WASHINGTON

6

**Steven L Klinger Jr. & Sheila J  Klinger**

Plaintiff,

vs.

**Wells Fargo**

Defendant

Case # C10 5546 RJB

**PETITION FOR NO ANSWER**

**DEFAULT**

Date: September 17th, 2010

7

8  **PARTIES**

9  <u>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT</u>

10  Plaintiff asks the court clerk to enter a default against Defendant, as authorized by Federal
11  Rule of Civil Procedure 55.

12  <u>A.  Introduction</u>

13  1. Plaintiff is:   Steven L Klinger, Jr. & Sheila J Klinger , 8503 163rd St Court East
14  Puyallup WA  98375, and Defendant is: Wells Fargo.

15  2.   On 08/05/2010 Plaintiff sued Defendant for breach of fiduciary duty, fraud, fraud by
16  nondisclosure, and violations of various consumer protection laws.

17  3.   On 08/05/2010, Plaintiff filed with the court an ORIGINAL COMPLAINT.   On
18  08/05/2010 Defendant was served with a summons and a copy of Plaintiff's complaint through
19  U.S. Mail.  A copy of the return of service is attached as Exhibit A.  Defendant did not file a
20  responsive pleading or otherwise defend the suit.

21  4.   Plaintiff is entitled to entry of default.

PETITION FOR NO ANSWER DEFAULT                                    1 of 4

1                                B.  Argument

2       5.   The court clerk may enter a default against a party who has not filed a responsive

3   pleading or otherwise defended the suit.  Fed. R. Civ. P. 55(a); *see United States v. $23,000 in*

4   *U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141

5   (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314

6   (10th Cir. 1994).

7       6.   The clerk should enter a default against Defendant because Defendant did not file an

8   answer within 20 days after 08/09/2010, the date of service.  Fed. R. Civ. P. 12(a)(1)(A)(i).

9       7.   Plaintiff meets the procedural requirements for obtaining an entry of default from the

10  clerk as demonstrated by Carey R. White's sworn affidavit, attached as Exhibit A.  Said affidavit

11  establishes by sworn testimony of Plaintiff that Defendant failed to answer or otherwise defend

12  the instant action within the 20 day time period allowed by law.

13      8.   Defendant is not a minor or an incompetent person.  *See* Fed. R. Civ. P. 55(b)(1).

14      9.   Defendant is not in military service.  *See* 50 U.S.C. app. §521(b)(2).

15      10.  Because Defendant did not file a responsive pleading or otherwise defend the suit,

16  Defendant is not entitled to notice of entry of default.  *Haw. Carpenters' Trust Funds v. Stone*,

17  794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

18                               C.  Conclusion

19      11. Plaintiff filed a suit against Defendant in the court on the 5th day of August, 2010.

20  Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is

21  entitled to judgment against Defendant is all things requested by Plaintiff in the suit.   For these

22  reasons, Plaintiff asks the clerk to enter a default in favor of Plaintiff.

23  **Respectfully Submitted,**
24
25
26  **Steven L Klinger Jr.**        **Sheila J Klinger**

**VERIFICATION**

1
2

3

4 We, Steven L. Klinger Jr. & Sheila J  Klinger , do swear and affirm that all statements made
5 herein are true and accurate, in all respects, to the best of my knowledge.

6 Steven L. Klinger Jr. & Sheila J  Klinger
7 8503 163rd St Court East
8 Puyallup WA 98375
9

10 SWORN TO AND SUBSCRIBED BEFORE ME, *Michele A. Cook*, by  Steven L. Klinger
11 Jr. & Sheila J Klinger on the *17th* day of *September*, 2010, which witnesses my hand and
12 seal of office.

13

14 *Michele A Cook*

15 **NOTARY PUBLIC IN AND FOR**  *michele A. Cook*

16 **THE STATE OF WASHINGTON**  *1-29-14*

