| UNITED STATES DISTRICT COURT |
| WESTERN DISTRICT OF WASHINGTON |
| AT SEATTLE |

Steven L Klinger Jr & Sheila J Klinger

Plaintiff,

Vs.

Wells Fargo Bank, NA

Defendants

Northwest Trustee Services, Inc.,

Defendants

No:

**Return of Service (RTS)**

**I declare:**

1. I am over the age of 18 years and I am not a party to this action or I am authorized to perfect service pursuant to RCW 13.34.070(9).

2. I served _____Wells Fargo Bank N.A._____ with the following documents:

   [X] ORIGINAL PETITION
   [X] PETITION FOR TEMPORARY RESTRAINING ORDER
   [X] RESTRAINING ORDER
   [X] AFFIDAVIT FOR RESTRAINING ORDER
   [X] MEMORANDUM IN SUPPORT OF PETITION FOR RESTRAINING ORDER
   [X] PETITION FOR TEMPORARY INJUNCTION
   [ ] Other: _____

3. The date, time and place of service were:

   Date: 8-5-2010         Time: 4:40      [ ] AM [X] PM

   Address:   101 North Phillips

              Sioux Falls, SD 57104

**Return of Service (RTS) - Page 1 of 2**
WPF JU 03.0250 (11/2009)

Exhibit A

4. Service was made pursuant to CR4(d), RCW 13.34.070 and RCW 13.34.180:

   [ ] by delivering to the person named in Paragraph 2 above.
   [ ] by delivery to _____ [name], a person of suitable age and discretion residing at the respondent's usual abode.
   [ ] by publication as provided in RCW 4.28.100 and RCW 13.34.080 [file Affidavit of Publication separately].
   [X] by mailing two (2) copies postage prepaid to the person named in Paragraph 2 above: one copy was mailed by ordinary first class mail, the other copy was sent by certified mail, return receipt requested (attach return receipt below). The copies were mailed on: 8-5-2010 [date].

5. Other: _____

I Declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at University Place [city] Washington on 8-5-2010 [date].

Signature: Carey R White #3841
Print Name: Carey R White #3841

STATE OF WASHINGTON ) ss.
COUNTY OF Pierce )

On Aug 6th, 2010, before me, Trista M. Anderson, a Notary Public, in and for the State of Washington, personally appeared Carey R. White, know to me (or proved to me on the basis of satisfactory evidence) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the document.

Trista M. Anderson
Notary Public in and for the State of Washington,
My commission expires 11/29/13
Residing at University Place

Return of Service (RTS) - Page 2 of 2
WPF JU 03.0250 (11/2009)

Exhibit A