AO-WAWD 440 (Rev. 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| STEVEN KLINGER, et al., <br> *Plaintiff* <br> v. <br> WELLS FARGO BANK, N.A., et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. C10-5546RJB <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WELLS FARGO BANK, NA

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Klinger Jr
Sheila Klinger
8503 163rd St Ct E
Puyallup, WA 98375

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Carolyn M Ronzley*
*Signature of Clerk or Deputy Clerk*

Date: 09/24/2010

ISSUED IN BLANK