| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |
|---|---|
| Steven L Klinger Jr & Sheila J Klinger<br><br>Plaintiff,<br><br>Vs.<br><br>Wells Fargo Bank, NA<br><br>Defendants | No:<br><br>**Return of Service**<br>**(RTS)** |

**I declare:**

1. I am over the age of 18 years and I am not a party to this action and I am competent to be a witness herein.

2. I served _____Wells Fargo Bank N.A._____ with the following documents:

    [✓] SUMMONS IN A CIVIL ACTION
    [✓] ORIGINAL PETITION
    [ ] Other: _____

3. The date, time and place of service were:

    Date: _Sept. 30, 2010_   Time: _10:13_   [✓] AM  [ ] PM

    Address:   101 North Phillips

    Sioux Falls, SD 57104

4. Service was made:

    [✓] by mailing two (2) copies postage prepaid to the person named in Paragraph 2 above: one copy was mailed by ordinary first class mail, the other copy was sent by certified mail, return receipt requested (attach return receipt below). The copies were mailed on:
    _September 30, 2010_ [date].

5. Other: _____

**Return of Service (RTS) - Page 1 of 2**
WPF JU 03.0250 (11/2009)

**I Declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.**

Signed at ___University Place___ [city] Washington on ___9-30-10___ [date].

___[signature]___        ___CAREY R WHITE___
Signature                          Print Name

STATE OF WASHINGTON   )
                              ) ss.
COUNTY OF ___Pierce___   )

On ___9-30-10___, 2010, before me, ___Mary Kay Morris___, a Notary Public, in and for the State of Washington, personally appeared ___Carey R. White___, know to me (or proved to me on the basis of satisfactory evidence) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the document.

___[signature]___
___Mary Kay Morris___,
Notary Public in and for the State of Washington,
My commission expires ___8.2.12___
Residing at ___Olympia___

[Notary stamp: Notary Public, State of Washington, MARY KAY MORRIS, My Appointment Expires Aug 2, 2012]

**Return of Service (RTS) - Page 2 of 2**
WPF JU 03.0250 (11/2009)