The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

STEVEN L. KLINGER, JR., and SHEILA J. KLINGER,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.,

Defendants.

No. 3:10-cv-05546-RJB

**DECLARATION OF JENNIFER ROBINSON IN SUPPORT OF DEFENDANT WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT**

**NOTED ON MOTION CALENDAR: November 5, 2010**

I, Jennifer Robinson declares and says;

1. I am Default Litigation of defendant Wells Fargo Home Mortgage ("Wells"). I am a citizen of the United States, I am over the age of 18, I am competent to make this declaration, and I do so on the basis of personal knowledge and on the basis of records regularly kept in the course of business.

2. Prior to the August 6, 2010, trustee's sale, Wells Fargo was the holder of the promissory note evidencing Plaintiffs' loan of $243,676.00 secured by a Deed of Trust granted to Mortgage Electronic Registrations Systems, Inc. ("MERS") as nominee for Lender Pierce Commercial Bank, its successors and assigns ("Lender") and recorded April 30, 2008, under Pierce County Auditor's File No. 200804301157.

DECLARATION OF JENNIFER ROBINSON IN SUPPORT OF WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT -1 of 1
CASE NO. 3:10-cv-05546-RJB

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3. Attached to Wells Fargo's Motion for Summary Judgment ("Wells Fargo's Motion"), as Exhibits 2 and 3, are true and correct copies of the subject Note and Deed of Trust.

4. Plaintiffs defaulted under the terms of the Note and Deed of Trust by failing to make the payment due on August 1, 2009, and every payment due thereafter.

5. On or about December 8, 2009, pursuant to Plaintiffs' default and the terms of the Note and Deed of Trust, Wells Fargo instructed Northwest Trustee Services, Inc. to transmit a Notice of Default on behalf of Wells Fargo and to foreclose in the name of Wells Fargo Bank, N.A.

6. On or about August 6, 2010, Wells Fargo, as highest bidder, was the purchaser of the property at a valid trustee's sale.

7. Attached to Wells Fargo's Motion, as Exhibit 1, is a true and correct copy of the recorded Trustee's Deed.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED this ___ day of October, 2010 at Frederick Maryland

Jennifer Robinson
Default Litigation Specialist
Wells Fargo Bank N.A.
successor by merger to
Wells Fargo Home Mortgage Inc.

DECLARATION OF JENNIFER ROBINSON IN SUPPORT OF WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT -2 of 2
CASE NO. 3:10-cv-05546-RJB

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131