The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| STEVEN L. KLINGER, JR., and SHEILA J. KLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.,<br><br>Defendants. | No. 3:10-cv-05546-RJB<br><br>**DECLARATION OF WELLS FARGO'S COUNSEL, HEIDI E. BUCK, IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED ON MOTION CALENDAR: November 5, 2010** |

Heidi E. Buck declares as follows:

1. I am the attorney for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") herein and am competent to testify in the above-entitled action, and have personal knowledge of the matters referred to herein.

2. My office is in receipt of Plaintiffs' identical complaint filed in other jurisdictions.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed this 12th day of October 2010, at Bellevue, Washington.

/s/ Heidi E. Buck
Heidi E. Buck, Declarant

DECLARATION OF HEIDI E. BUCK IN
SUPPORT OF WELLS FARGO'S MSJ –
PAGE 1 of 1
CASE NO. 3:10-cv-05546-RJB

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131