UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN L. KLINGER, JR., and SHEILA J. KLINGER,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, NA,<br><br>    Defendant. | CASE NO.  C10-5546 RJB<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

  On November 1, 2010, Plaintiffs filed a motion for extension of time, seeking relief from the deadline to file a responsive pleading to Defendant Wells Fargo Bank, NA's motion for summary judgment.  Dkt. 30.  Pursuant to Local Rule CR 7(d)(2), this motion should be noted for consideration on the Court's calendar no earlier than the second Friday after filing and service of the motion.  Accordingly, Plaintiff's motion for extension of time (Dkt. 30) shall be **RENOTED** to November 12, 2010.

  DATED this 2nd day of November 2010.

  The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER